IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDS PUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:25-cv-30-RAH-SMD |
| | ) |
| COFFEE COUNTY, ALABAMA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 18, 2025, the Magistrate Judge recommended that the pro se Plaintiff's Complaint (doc. 2) be dismissed without prejudice for failure to pay the filing fee, failure to prosecute, and failure to abide by orders of the court. (Doc. 7 at 2.) No timely objections have been filed.

Upon an independent review of the record, it is **ORDERED** as follows:

1. The Recommendation (doc. 7) is **ADOPTED**; and

2. The Complaint (doc. 2) is **DISMISSED without prejudice.**

**DONE** and **ORDERED** on this the 20th day of March 2025.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE